UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**LAWRENCE PIEGZA,**

                    **Plaintiff,**          06-CV-0554E(Sr)

v.

**SUB-BOARD-I, INC., et al.,**          **CASE MANAGEMENT ORDER**

                    **Defendant.**

---

Pursuant to 28 U.S.C. 636(c), the parties consented to proceed before the Magistrate Judge. A conference was held on December 4, 2007 with the parties, and it is ORDERED that:

1. In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution,[1] this case has been referred to mediation.

2. Motions to opt out of ADR shall be filed no later than **December 21, 2007.**

3. Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure will be accomplished by **January 4, 2008.**

---

[1] A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

4. The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court no later than **December 28, 2007.**

5. All motions to join other parties and to amend the pleadings shall be filed on or before **March 31, 2008.**

6. The initial mediation session shall be held no later than **March 14, 2008.**

7. All fact depositions shall be completed no later than **July 31, 2008.**

8. Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **June 6, 2008.** Defendant shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **July 4, 2008.**

9. All expert depositions shall be completed no later than **August 8, 2008.**

10. All applications to resolve discovery disputes shall be filed no later than 30 days before the discovery completion date. In the event of a bonafide discovery dispute that cannot be resolved by counsels' good faith efforts (*see generally* Local Rule 37), the parties shall submit, by joint letter, signed by all counsel, a statement of the issue(s) to be resolved by the Court. Each party, within five business days thereafter, shall submit by letter a statement of facts and law it wishes the Court to consider. The Court reserves the right to request full briefing by the parties, in which case the Court will so advise the parties.

11. All discovery in this case shall be completed no later than **August 22, 2008.**

12. Dispositive motions shall be filed by all parties no later than **September 30, 2008.** *See generally* Local Rule 7.1(c); 56. Such motions shall be made returnable before the Magistrate Judge.

13. Mediation session may continue, in accordance with Section 5.11 of the ADR Plan, until **September 30, 2008**. The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

14. Modification or extension of the dates set forth in this Case Management Order are strongly discouraged. Extensions will only be considered for meritorious reasons.

15. Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

**SO ORDERED.**

DATED:    Buffalo, New York
         December 4, 2007

**S/ H. Kenneth Schroeder, Jr.**
**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**